IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| (1) CLARENDON NATIONAL INSURANCE COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) | Case No. 6:18-cv-00288-RAW |
| | ) | |
| (1) BILL FLANAGAN, d/b/a FLANAGAN QUALITY HOMES, an Individual; | ) ) ) | |
| (2) FLANAGAN QUALITY HOMES, LLC, an Oklahoma Limited Liability Company; | ) ) ) | |
| (3) ROBERT LOOMIS, an Individual; | ) | |
| (4) PAMELA LOOMIS, an Individual; | ) ) | |
| Defendants. | ) ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

COMES NOW Plaintiff, Clarendon National Insurance Company, and pursuant to Rule 41(a)(1)(ii), Federal Rules of Civil Procedure, stipulates to the dismissal of all its claims against all Defendants in this action, with prejudice. The parties shall bear their own costs associated with this action.

Respectfully submitted,

SECREST, HILL, BUTLER & SECREST

s/ *William C. Searcy*
James K. Secrest, II, OBA # 8049
Edward J. Main, OBA # 11912
Secrest Hill Butler & Secrest
7134 South Yale Ave., Suite 900
Tulsa, OK 74136
Telephone: (405) 494-5905

1

Facsimile:     (405) 494-2847
jsecrest@secresthill.com
emain@secresthill.com
***Attorneys for Plaintiff***

And

s/ Daniel C. Hays
Daniel C. Hays, OBA # 30101
Chansolme Harroz Hays Schnebel, P.L.L.C.
100 N. Broadway Avenue, Suite 1800
Oklahoma City, OK 73102
Telephone:   (405) 602-8098
Facsimile:     (405) 605-1371
dch@thefirmokc.com
***Attorney for Defendants,
Robert and Pamela Loomis***

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 25, 2019, I filed the attached document with the Clerk of Court. Based on the records currently on file in this case, the Clerk of Court will transmit a Notice of Electronic Filing to those registered participants of the Electronic Case Filing System.

Daniel Hays dhays@gphglaw.com
*Attorney for Robert & Pamela Loomis*

I hereby certify that on November 25, 2019, the foregoing document was filed with the Clerk of Court and transmitted, via U.S. Mail, to the following, who is not a registered participant of the Electronic Case Filing System.

Bill Flanagan
Flanagan Quality Homes, LLC
2226 Ridgeway St.
Ardmore, OK 73401

                                                        s/ William C. Searcy
                                                        William C. Searcy